TED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-330 (MJD/HB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ORDER**

JULIUS HEARD,

    Defendant.

This matter is before the Court on the motion of the United States for a one-week extension of time within which to file its response to the defendant's section 2255 petition in this case. Based on the government's motion, and the Court finding that good cause exists,

IT IS HEREBY ORDERED that the government's motion is granted and that the government may have until September 19, 2019 within which to file its response.

Dated: September 13, 2019        /s Michael J. Davis
                                           Michael J. Davis
                                           United States District Court